No. 97–1228. LOS ANGELES POLICE DEPARTMENT ET AL. *v.* PERRY ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1245. MERRILL *v.* ARIZONA STATE BAR. Sup. Ct. Ariz. Certiorari denied.

No. 97–1246. CASSAN ENTERPRISES, INC., ET AL. *v.* CHRYSLER CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1247. BRANSON *v.* GREYHOUND LINES, INC., AMALGAMATED COUNCIL RETIREMENT AND DISABILITY PLAN. C. A. 5th Cir. Certiorari denied.

No. 97–1250. JOHNSTON, A MINOR, BY HIS PARENTS AND NATURAL GUARDIANS, JOHNSTON ET VIR, ET AL. *v.* GALLANT ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1253. JANE DOE #102 *v.* GEORGIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Ga. Certiorari denied.

No. 97–1272. KENT, AKA GOICHMAN *v.* CITY OF CARMEL ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1295. GIBSON *v.* NATIONAL TRANSPORTATION SAFETY BOARD. C. A. 9th Cir. Certiorari denied.

No. 97–1299. WILLIAMS ET UX. *v.* TURK ET UX. Ct. Sp. App. Md. Certiorari denied.

No. 97–1301. OLD REPUBLIC UNION INSURANCE CO. *v.* TILLIS TRUCKING CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1307. REGIONAL TRANSPORTATION DISTRICT *v.* ELAM CONSTRUCTION, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–1318. RICH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF RICH, DECEASED, AND AS EXECUTRIX OF THE ESTATE OF RICH, DECEASED *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.